# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:22-cv-1305 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **VIA Technologies, Inc.,** | |
| Defendant. | |

### NOTICE OF RELATED CASE (Western District of Texas)

**Patent Nos. 6,473,527; 6,972,790; and 8,537,242**

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| Cedar Lane Technologies Inc. v. Brickcom Corporation | 6-22-cv-00452 | Alan D. Albright | 5/4/2022 |
| Cedar Lane Technologies Inc. v. Lorex Technology, Inc. | 6-22-cv-00654 | Alan D. Albright | 6/23/2022 |
| Cedar Lane Technologies Inc. v. Dynacolor Inc. | 6-22-cv-00658 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. Dynacom Communications Inc. | 6-22-cv-00659 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. EverFocus Co., Ltd. | 6-22-cv-00661 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. Hi Sharp Electronics Co., Ltd. | 6-22-cv-00674 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Lumens Digital Optics Inc. | 6-22-cv-00681 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Matrix Comsec Pvt. Ltd. | 6-22-cv-00685 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Hitron Systems, Inc. | 6-22-cv-00699 | Alan D. Albright | 6/29/2022 |
| Cedar Lane Technologies Inc. v. PLANET Technology Corporation | 6:22-cv-00947 | Alan D. Albright | 9/14/2022 |
| Cedar Lane Technologies Inc. v. Provision-ISR | 6:22-cv-00948 | Alan D. Albright | 9/14/2022 |
| Cedar Lane Technologies Inc. v. Pryntec | 6:22-cv-00955 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Samriddhi Automations Pvt. Ltd. | 6:22-cv-00956 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Shany Electronic Co. Ltd. | 6:22-cv-00958 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Synectics plc | 6:22-cv-00961 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Vanguard Integrated Solutions Ltd. | 6:22-cv-00968 | Alan D. Albright | 9/16/2022 |
| Cedar Lane Technologies Inc. v. Vimar SpA | 6:22-cv-00971 | Alan D. Albright | 9/16/2022 |
| Cedar Lane v. MediaTek Inc. | 6:22-cv-1029 | Alan D. Albright | 10/4/2022 |
| Cedar Lane Technologies Inc. v. Zhuhai RaySharp Technology Co., Ltd. | 6:22-cv-01030 | Alan D. Albright | 10/4/2022 |
| Cedar Lane Technologies Inc. v. Renesas Electronics Corporation | 6:22-cv-01031 | Alan D. Albright | 10/4/2022 |
| Cedar Lane Technologies Inc. v. Socionext Inc. | 6:22-cv-01061 | Alan D. Albright | 10/7/2022 |
| Cedar Lane Technologies Inc. v. Vantage Integrated Security Solutions Pvt. | 6:22-cv-01062 | Alan D. Albright | 10/7/2022 |
| Cedar Lane Technologies Inc. v. BenQ Corporation | 6:22-cv-01064 | Alan D. Albright | 10/7/2022 |
| Cedar Lane Technologies Inc. v. Konica Minolta, Inc. | 6:22-cv-01074 | Alan D. Albright | 10/12/2022 |
| Cedar Lane Technologies Inc. v. Motorola Solutions, Inc. | 6:22-cv-01111 | Alan D. Albright | 10/26/2022 |
| Cedar Lane Technologies Inc. v. Ricoh USA, Inc. | 6:22-cv-1119 | Alan D. Albright | 10/26/2022 |
| Cedar Lane Technologies Inc. v. STMicroelectronics, Inc | 6:22-cv-1120 | Alan D. Albright | 10/26/2022 |
| Cedar Lane Technologies Inc. v. Amlogic Shanghai Co., Ltd. | 6:22-cv-01140 | Alan D. Albright | 10/31/2022 |
| Cedar Lane Technologies Inc. v. Next Chip Co., Ltd. | 6:22-cv-01141 | Alan D. Albright | 10/31/2022 |
| Cedar Lane Technologies Inc. v. THine Electronics, Inc. | 6:22-cv-01145 | Alan D. Albright | 10/31/2022 |
| Cedar Lane Technologies Inc. v. Xerox Corporation | 6:22-cv-1153 | Alan D. Albright | 11/3/2022 |
| Cedar Lane Technologies Inc. v. Enterprise Holdings, Inc. | 6:22-cv-01197 | Alan D. Albright | 11/17/2022 |
| Cedar Lane Technologies Inc. v. The Hertz Corporation | 6:22-cv-1216 | Alan D. Albright | 11/23/2022 |
| Cedar Lane Technologies Inc. v. Sixt Rent A Car, LLC | 6:22-cv-01231 | Alan D. Albright | 11/29/2022 |

Dated: December 28, 2022                    Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 28, 2022 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff